SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
K. PHILLIP TAYLOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. PHILLIP TAYLOR,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMPLETE LOGISTICS LLC; E AND I LYNGOLD CENTER LLC; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 8:25-cv-00741-SRM (KESx)**<br><br>**JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT COMPLETE LOGISTICS LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff K. PHILLIP TAYLOR ("Plaintiff") and Defendant COMPLETE LOGISTICS LLC stipulate and jointly request that this Court dismiss Defendant COMPLETE LOGISTICS LLC.  Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED: September 11, 2025       SO. CAL. EQUAL ACCESS GROUP

                                By:  /s/ Jason J. Kim
                                     Jason J. Kim
                                     Attorneys for Plaintiff

DATED: September 11, 2025
                                By:  /s/ Michael Reiter
                                     Michael Reiter, Esq.
                                     Attorneys for Defendant
                                     COMPLETE LOGISTICS LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 11, 2025        By: /s/ Jason J. Kim
                                     Jason J. Kim